CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
NOV 2 1 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERENCE DE'SHAY CLEMENTS,<br>Plaintiff, | Civil Action No. 7:05cv00666 |
| v. | **FINAL ORDER** |
| AL SCOTT, et al.,<br>Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 21st day of November, 2005.

/s/ Jackson L. Kiser
United States District Judge